United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AN DUY DAO,<br><br>Defendant. | Case No.  25-cr-00390-HSG-1 (VKD)<br><br>**DETENTION ORDER** |

On January 26, 2026, during an initial appearance in this action, the United States moved for an order detaining defendant An Duy Dao pending trial.  Mr. Dao waived his right to a detention hearing and submits to detention at this time.  Accordingly, the Court grants the United States' motion.

Mr. Dao is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Dao shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Dao to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: January 26, 2026



Virginia K. DeMarchi
United States Magistrate Judge